389 A.2d 192

Commonwealth v. Crawley, Appellant.

Submitted September 21, 1977. Mead S. Spurio, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 192

Commonwealth v. Crement, Appellant.

Submitted December 6, 1977. Joel M. Scheer, for appellant; Michael Vedomsky, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.